FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 21   PM 3: 22

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NICOLE HYMEL** | * | **CIVIL ACTION** |
| **versus** | * | **NO. 05-0573** |
| **STATE FARM MUTUAL AUTOMOBILE** | * | **SECTION "L"** |
| **INSURANCE COMPANY, ANGELA** | | Judge Eldon E. Fallon |
| **RICHTER, ILLINOIS NATIONAL** | * | |
| **INSURANCE COMPANY** | | **MAGISTRATE (3)** |
| | * | **Magistrate Judge** |
| | | **Daniel E. Knowles** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

In view of the **MOTION TO REMAND** filed by plaintiff, **Nicole Hymel** and it now being

determined that this Honorable Court lacks subject matter jurisdiction because of lack of diversity

between plaintiff and all defendants;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter be and the

is hereby remanded to the **24th Judicial District Court for the Parish of Jefferson, State of**

**Louisiana**.

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this 20th day of March, 2006.

_____
**J U D G E**

_____ Fee_____
_____ Process_____
X    Dktd_____
✓    CtRmDep_____
_____ Doc. No _____